**W. S. CUMMINGS v. STATE.** (8 Div. 782.)

Court of Appeals of Alabama. March 26, 1929.

Watts & White, of Huntsville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Affirmed; remanded for proper sentence.

(122 So. 921)

**W. S. CUMMINGS v. STATE.** (8 Div. 813.)

Court of Appeals of Alabama. May 21, 1929.

RICE, J. Affirmed.

(122 So. 921)

**Vines CUNNINGHAM v. CITY OF BIRMINGHAM.** (6 Div. 542.)

Court of Appeals of Alabama. April 30, 1929.

RICE, J. Affirmed.

(122 So. 921)

**Vines CUNNINGHAM v. CITY OF BIRMINGHAM.** (6 Div. 543.)

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Affirmed.

(124 So. 920)

**J. C. CURRY v. STATE.** (1 Div. 911.)

Court of Appeals of Alabama. Nov. 19, 1929.

SAMFORD, J. Appeal dismissed.

(120 So. 924)

**Marcus DANIEL v. STATE.** (8 Div. 716.)

Court of Appeals of Alabama. Feb. 26, 1929.

G. O. Chenault, of Decatur, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of burglary. The court has read the entire evidence, sitting en banc. We are of the opinion that it fails, by any legal tendency, to connect the appellant with the commission of the offense charged. For that reason, the general affirmative charge in his favor, duly requested, should have been given to the jury, and, for the error in its refusal, the judgment is reversed, and the cause remanded.

Reversed and remanded.

(125 So. 919)

**Tom M. DANIEL v. STATE.** (4 Div. 669.)

Court of Appeals of Alabama. Jan. 20, 1930.

PER CURIAM. Appeal dismissed by appellant.

(125 So. 919)

**Frankie DAVENPORT v. STATE.** (8 Div. 886.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Appeal dismissed.

(120 So. 924)

**W. O. DAVIS v. C. C. MILLER.** (6 Div. 403.)

Court of Appeals of Alabama. Feb. 5, 1929.

Clark Williams, of Birmingham, for appellant.

H. M. Powell, of Birmingham, for appellee.

RICE, J. Affirmed on motion.